IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY McGINLEY, Special Administrator of the Estate of Donald McGinley,<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC USA and MEDTRONIC, INC.,<br><br>Defendants. | CASE NO.:  8:07-CV-00424<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

THIS MATTER COMES BEFORE THE COURT upon the Plaintiff's motion to dismiss without prejudice (filing number 12).

The Court being fully advised in the premises finds the same should be, and hereby is, sustained.

DATED this 28th day of April, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Court Judge

Prepared and Submitted By:
Vincent M. Powers, #15866
Vincent M. Powers & Associates
411 South 13 Street, Suite 300
Lincoln, NE  68508
PH:  402/474-8000