IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY MCGINLEY, Special Administrator of the Estate of Donald McGinley,<br><br>          Plaintiff,<br><br>v.<br><br>MEDTRONIC USA, and MEDTRONIC, INC.,<br><br>          Defendants. | 8:07CV424<br><br>ORDER |

This matter is before the court on the parties joint stipulation to vacate the court's order of dismissal without prejudice (Filing No. 13) and for the entry of a dismissal with prejudice. Filing No. 14. The court being fully advised in the premises finds that the stipulation should be, and hereby is, sustained.

IT IS ORDERED THAT:

1. The court's order of dismissal without prejudice (Filing No. 13) is vacated;

2. The joint Stipulation for Dismissal (Filing No. 14) is approved;

3. The Complaint (included in Filing No. 1) is hereby dismissed with prejudice; and

4. The parties will pay their own costs.

DATED this 10th day of July, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge